# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**FRANK RUGGIREO**

               V.                  CASE NUMBER: 5:05-CV-1179(NAM/RFT)

**COMMISSIONER OF SOCIAL SECURITY**

[ ]       **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFF against DEFENDANT, reversing the Commissioner's decision denying disability benefits and remanding this case for further proceedings pursuant to 42 U.S.C. §405(g) according to the Memorandum-Decision and Order of the Hon. Norman A. Mordue filed on September 30, 2008.

DATED:    September 30, 2008

                                                   Clerk of Court

LKB:lmp